ORIGIN ID:QWGA    (704) 344-6222
SETH JOHNSON
US ATTORNEYS OFFICE - WDNC
227 WEST TRADE STREET,
SUITE 1650
CHARLOTTE, NC 28202
UNITED STATES US

SHIP DATE: 29MAY26
ACTWGT: 0.50 LB
CAD: 253420312/INET4535

BILL SENDER

TO **GEORGE TRAKAS**

**CHARLOTTE LANDHOLDERS, LLC**

**2400 E. INDEPENDENCE BLVD**

**CHARLOTTE NC 28205**

(999) 999-9999      REF: GARDEN INN / 3:26-CV-00414
INV:
PO:                 DEPT:

58KJ3/A906/484B





FedEx
Express



TUE - 02 JUN 5:00P
** 2DAY **

TRK#
0201   8724 1457 9348

**23 QWGA**

28205
NC-US   CLT



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 05, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 872414579348

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | CHARLOTTE, NC, |
| | | Delivery date: | Jun 4, 2026 16:26 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 872414579348 | Ship Date: | May 29, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

| | | |
|---|---|---|
| **Recipient:** | | **Shipper:** |
| CHARLOTTE, NC, US, | | Charlotte, NC, US, |

Reference          Garden Inn / 3:26-cv-00414

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

ORIGIN ID:QWGA     (704) 344-6222
SETH JOHNSON
US ATTORNEYS OFFICE - WDNC
227 WEST TRADE STREET,
SUITE 1650
CHARLOTTE, NC 28202
UNITED STATES US

SHIP DATE: 29MAY26
ACTWGT: 0.50 LB
CAD: 253420312/INET4535

BILL SENDER

TO    **GEORGE TRAKAS**



**CHARLOTTE NC 28216**

(999) 999-9999       REF:
INV:
PO:               DEPT:





FedEx
Express



58KJ3/A906/484B

TUE - 02 JUN 8:00P

** 2DAY **

TRK#   0201    8724 1476 9570

RES

28216

**23 PNVA**

NC-US    CLT



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 03, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 872414769570

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | CHARLOTTE, NC, |
| | | **Delivery date:** | Jun 3, 2026 10:42 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 872414769570 | **Ship Date:** | May 29, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

CHARLOTTE, NC, US,

**Shipper:**

Charlotte, NC, US,

---

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for shopping FedEx

ORIGIN ID:QWGA  (704) 344-6222
SETH JOHNSON
US ATTORNEYS OFFICE - WDNC
227 WEST TRADE STREET,
SUITE 1650
CHARLOTTE, NC 28202
UNITED STATES US

SHIP DATE: 29MAY26
ACTWGT: 0.50 LB
CAD: 253420312/INET4535

BILL SENDER

TO  **JESSICA WOODARD**



**CHARLOTTE NC 28214**

(999) 999-9999  REF: GARDEN INN / 3:26-CV-00414
INV:
PO:  DEPT:

58KJ3/A906/484B





FedEx® Express

E

TUE - 02 JUN 8:00P
** 2DAY **
RES
28214
NC-US   CLT

TRK#
0201    8724 1466 6330

**23 HFFA**



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



June 02, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 872414666330

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | CHARLOTTE, NC, |
| | | Delivery date: | Jun 2, 2026 15:47 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 872414666330 | Ship Date: | May 29, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| CHARLOTTE, NC, US, | Charlotte, NC, US, |

Reference        Garden Inn / 3:26-cv-00414

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx.